**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8341**

RONALD GARY,

       Plaintiff - Appellant,

     v.

MS. BREWINGTON, RN; DOCTOR SHERMAN, MD; MR. DOIGHERTY, Director of Greenville County Detention Center; COUNTY OF GREENVILLE,

       Defendants – Appellees,

    and

GREENVILLE COUNTY DETENTION CENTER,

       Defendant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Patrick Michael Duffy, District Judge. (4:06-cv-02216-PMD-TER)

Submitted: July 13, 2009      Decided: July 21, 2009

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Gary, Appellant Pro Se. Russell W. Harter, Jr., CHAPMAN, HARTER & GROVES, P.A., Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Gary appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gary v. Brewington</u>, No. 4:06-cv-02216-PMD-TER (D.S.C. Sept. 30, 2008). We deny Gary's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>